**Fill in this information to identify the case:**

Debtor name    **JDi Data Corporation**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **23-11322-SMG**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March  3, 2023**    X **/s/ John Heller**
Signature of individual signing on behalf of debtor

**John Heller**
Printed name

**CRO**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **JDi Data Corporation**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) **23-11322-SMG**

☐ Check if this is an amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*................................................................................ $ _____0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................... $ ___26,298,376.65

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................. $ ___26,298,376.65

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $ ___10,800,626.76

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $ _____0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................ +$ ___5,903,575.82

4. Total liabilities ..............................................................................................
   Lines 2 + 3a + 3b                                                                    $ ___16,704,202.58

**Fill in this information to identify the case:**

Debtor name    **JDi Data Corporation**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **23-11322-SMG**

☐ Check if this is an amended filing

Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **City National Bank** | **Operating account** | **0647** | **$399,876.32** |
| 3.2. | **City National Bank** | **Control Account** | **0650** | **$69,417.92** |
| 3.3. | **City National Bank** | **ACH Outbound** | **6034** | **$2.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $469,296.24 |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

Debtor  **JDi Data Corporation**                                    Case number *(If known)* **23-11322-SMG**
  _____
  Name

|  | | |
|---|---|---|
| 7.1. | **Marcum LLP -Pre-petition fees totaled $7,985; expenses totaled $0; balance on hand is $12,015.  Total amount $20,000.00** | $12,015.00 |

|  | | |
|---|---|---|
| 7.2. | **Moffa & Bierman-Pre-petition fees totaled $18,516.00; expenses totaled $2,158.00; balance on hand is $4,326.00** | $4,326.00 |

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

9.  **Total of Part 2.**
    Add lines 7 through 8. Copy the total to line 81.                          $16,341.00

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
□ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
□ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
□ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
□ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

□ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Office furniture & fixtures** | $25,250.05 | Appraisal | $20,000.00 |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

Debtor   **JDi Data Corporation**
Name

Case number *(If known)* **23-11322-SMG**

| | | | |
|---|---|---|---|
| **Time Manager division - software- believed to have minimal value** | **$0.00** | **N/A** | **$20,000.00** |
| **Ctrax division - COY Management Software that tracks insurance policies. Estimated value of $4,000,000** | **Unknown** | **N/A** | **$4,000,000.00** |
| **Claims Manager division - software that helps manage internal claims. Estimated value of $3,000,000** | **Unknown** | **N/A** | **$3,000,000.00** |
| **Vendor Cost Control division - makes payments for insurance and other companies. Estimated value of $2,500,000** | **Unknown** | **N/A** | **$2,500,000.00** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

**$9,540,000.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

Debtor  **JDi Data Corporation**
Name

Case number *(If known)*  **23-11322-SMG**

|  | Current value of debtor's interest |
|---|---|

| | |
|---|---|
| 71.  **Notes receivable**<br>Description (include name of obligor) | |
| 72.  **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73.  **Interests in insurance policies or annuities**<br>**Causes of Action/Insurance Claims  for Theft and**<br>**Breach of Fidicuary Duty totaling $4,000,000** | **$4,000,000.00** |

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

| | | |
|---|---|---|
| **shareholder loan to Jim DeRosa** | | **$260,843.31** |
| Nature of claim | | |
| Amount requested | **$0.00** | |

| | | |
|---|---|---|
| **Adversary Proceeding agains DeRosa and Wolczinski** | | **$5,600,000.00** |
| Nature of claim | **Breach of Fiduciary Duty** | |
| Amount requested | **$5,600,000.00** | |

| | | |
|---|---|---|
| **Potential Cause of action against City National Bank of Florida** | | **$5,600,000.00** |
| Nature of claim | **Cause of Action** | |
| Amount requested | **$5,600,000.00** | |

| | |
|---|---|
| 75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76.  **Trusts, equitable or future interests in property** | |
| **City National Bank** | **$513.58** |
| **City National Bank** | **$782,739.02** |
| **City National Bank** | **$28,643.50** |

| | |
|---|---|
| 77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78.  **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$16,272,739.41** |

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor    **JDi Data Corporation**               Case number *(If known)* **23-11322-SMG**
           Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $469,296.24 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $16,341.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $9,540,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $16,272,739.41 | |
| 91. **Total.** Add lines 80 through 90 for each column | $26,298,376.65 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $26,298,376.65 |

**Fill in this information to identify the case:**

Debtor name __JDi Data Corporation__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF FLORIDA__

Case number (if known) __23-11322-SMG__

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1 Broward County Tax Collector**
Creditor's Name

115 S. Andrews Avenue #A100
Fort Lauderdale, FL 33301
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**Office furniture & fixtures**

**Describe the lien**
**Tax Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Amount of claim: **$626.76**    Value of collateral: **$20,000.00**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
1. Broward County Tax Collector
2. US Small Business Administration

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed

**2.2 U.S. Small Business Administration**
Creditor's Name

2 North Street, Ste 320
Birmingham, AL 35203
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**09/05/2020**

**Describe debtor's property that is subject to a lien**
**All - Blanket UCC**

**Describe the lien**
**Consensual UCC**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Amount of claim: **$1,800,000.00**    Value of collateral: **Unknown**

Debtor    **JDi Data Corporation**
Name

Case number (if known)    **23-11322-SMG**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **US Small Business Administration** | **Describe debtor's property that is subject to a lien** | $1,800,000.00 | $399,876.32 |
|---|---|---|---|---|

Creditor's Name

**801 Tom Martin Drive, Suite 120**
**Birmingham, AL 35211**
Creditor's mailing address

**City National Bank - Operating account - Acct# 0647**

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **US Small Business Administration** | **Describe debtor's property that is subject to a lien** | $0.00 | $69,417.92 |
|---|---|---|---|---|

Creditor's Name

**801 Tom Martin Drive, Suite 120**
**Birmingham, AL 35211**
Creditor's mailing address

**City National Bank - Control Account - Acct# 0650**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | **US Small Business Administration** | **Describe debtor's property that is subject to a lien** | $1,800,000.00 | $2.00 |
|---|---|---|---|---|

---

Debtor    **JDi Data Corporation**
_____
Name

Case number (if known)    **23-11322-SMG**

---

Creditor's Name
**801 Tom Martin Drive, Suite 120**
**Birmingham, AL 35211**
Creditor's mailing address

**City National Bank - ACH Outbound - Acct# 6034**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **US Small Business Administration** | **Describe debtor's property that is subject to a lien**<br>**Office furniture & fixtures** | $1,800,000.00 | $20,000.00 |

Creditor's Name
**801 Tom Martin Drive, Suite 120**
**Birmingham, AL 35211**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **US Small Business Administration** | **Describe debtor's property that is subject to a lien**<br>**Time Manager division - software- believed to have minimal value** | $1,800,000.00 | $20,000.00 |

Creditor's Name
**801 Tom Martin Drive, Suite 120**
**Birmingham, AL 35211**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

---

Debtor    **JDi Data Corporation**
_____    Case number (if known)    **23-11322-SMG**
Name

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.8**   **US Small Business Administration**
Creditor's Name

**801 Tom Martin Drive, Suite 120**
**Birmingham, AL 35211**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**Ctrax division - COY Management Software that tracks insurance policies. Estimated value of $4,000,000**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

$1,800,000.00    $4,000,000.00

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.9**   **US Small Business Administration**
Creditor's Name

**801 Tom Martin Drive, Suite 120**
**Birmingham, AL 35211**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**Marcum LLP -Pre-petition fees totaled $7,985; expenses totaled $0; balance on hand is $12,015.  Total amount $20,000.00**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

$0.00    $12,015.00

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.10**   **US Small Business Administration**

**Describe debtor's property that is subject to a lien**

$0.00    $4,326.00

Debtor    **JDi Data Corporation**
_____
Name

Case number (if known)    **23-11322-SMG**

---

| Creditor's Name | |
| --- | --- |
| **801 Tom Martin Drive, Suite 120**<br>**Birmingham, AL 35211** | **Moffa & Bierman-Pre-petition fees totaled $18,516.00; expenses totaled $2,158.00; balance on hand is $4,326.00** |
| Creditor's mailing address | Describe the lien |

Is the creditor an insider or related party?

☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **US Small Business Administration** | Describe debtor's property that is subject to a lien | $0.00 | $3,000,000.00 |
| --- | --- | --- | --- | --- |
| | Creditor's Name | **Claims Manager division - software that helps manage internal claims. Estimated value of $3,000,000** | | |
| | **801 Tom Martin Drive, Suite 120**<br>**Birmingham, AL 35211** | | | |
| | Creditor's mailing address | Describe the lien | | |

Is the creditor an insider or related party?

☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **US Small Business Administration** | Describe debtor's property that is subject to a lien | $0.00 | $2,500,000.00 |
| --- | --- | --- | --- | --- |
| | Creditor's Name | **Vendor Cost Control division - makes payments for insurance and other companies. Estimated value of $2,500,000** | | |
| | **801 Tom Martin Drive, Suite 120**<br>**Birmingham, AL 35211** | | | |
| | Creditor's mailing address | Describe the lien | | |

Is the creditor an insider or related party?

☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

---

Debtor    **JDi Data Corporation**
_____
Name

Case number (if known)    **23-11322-SMG**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| □ Yes. Specify each creditor, including this creditor and its relative priority. | □ Contingent |
| | □ Unliquidated |
| | □ Disputed |

---

**2.1 3**    **US Small Business Administration**
Creditor's Name

**801 Tom Martin Drive, Suite 120 Birmingham, AL 35211**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**Causes of Action/Insurance Claims for Theft and Breach of Fidicuary Duty totaling $4,000,000**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
□ Yes
**Is anyone else liable on this claim?**
■ No
□ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

$0.00    $4,000,000.00

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| □ Yes. Specify each creditor, including this creditor and its relative priority. | □ Contingent |
| | □ Unliquidated |
| | □ Disputed |

---

**2.1 4**    **US Small Business Administration**
Creditor's Name

**801 Tom Martin Drive, Suite 120 Birmingham, AL 35211**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**shareholder loan to Jim DeRosa**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
□ Yes
**Is anyone else liable on this claim?**
■ No
□ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

$0.00    $260,843.31

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| □ Yes. Specify each creditor, including this creditor and its relative priority. | □ Contingent |
| | □ Unliquidated |
| | □ Disputed |

---

**2.1 5**    **US Small Business Administration**

**Describe debtor's property that is subject to a lien**

$0.00    $5,600,000.00

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 6 of 9

| Debtor | JDi Data Corporation | | Case number (if known) | 23-11322-SMG |
|---|---|---|---|---|
| | Name | | | |

| Creditor's Name | Adversary Proceeding agains DeRosa and Wolczinski | | |
|---|---|---|---|

**801 Tom Martin Drive, Suite 120**
**Birmingham, AL 35211**

Creditor's mailing address

**Adversary Proceeding agains DeRosa and Wolczinski**
**Breach of Fiduciary Duty**
**Amount Requested: $5,600,000.00**

**Describe the lien**
**Secured  UCC**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.16 | US Small Business Administration | Describe debtor's property that is subject to a lien | $0.00 | $5,600,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Potential Cause of action against City National Bank of Florida** | | |

**801 Tom Martin Drive, Suite 120**
**Birmingham, AL 35211**

Creditor's mailing address

**Potential Cause of action against City National Bank of Florida**
**Cause of Action**
**Amount Requested: $5,600,000.00**

**Describe the lien**
**Secured  UCC**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.17 | US Small Business Administration | Describe debtor's property that is subject to a lien | Unknown | $513.58 |
|---|---|---|---|---|
| | Creditor's Name | **City National Bank** | | |

**801 Tom Martin Drive, Suite 120**
**Birmingham, AL 35211**

Creditor's mailing address

**Describe the lien**
**Secured  UCC**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No

**Date debt was incurred**

---

| Debtor | **JDi Data Corporation** | Case number (*if known*) | **23-11322-SMG** |
|---|---|---|---|
| | Name | | |

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent

■ Unliquidated

■ Disputed

---

**2.18**

**US Small Business Administration**

Creditor's Name

**801 Tom Martin Drive, Suite 120**
**Birmingham, AL 35211**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**City National Bank**

**Describe the lien**
**Secured  UCC**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Unknown**      **$782,739.02**

---

**2.19**

**US Small Business Administration**

Creditor's Name

**801 Tom Martin Drive, Suite 120**
**Birmingham, AL 35211**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**City National Bank**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Unknown**      **$28,643.50**

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**      **$10,800,626.76**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 8 of 9

Debtor    **JDi Data Corporation**
Name

Case number (if known)    **23-11322-SMG**

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Attorney General of the United States**<br>**Dept of Justice, Tax Division**<br>**10th & Constitution, NW**<br>**Washington, DC 20530-0001** | Line  **2.2** | |
| **U.S. Attorney**<br>**Southern District of Florida**<br>**99 NE 4 St**<br>**Miami, FL 33132-2131** | Line  **2.2** | |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 9 of 9

**Fill in this information to identify the case:**

Debtor name    **JDi Data Corporation**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **23-11322-SMG**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |

**2.1**

Priority creditor's name and mailing address

**Attorney General of the United States**
**Dept of Justice, Tax Division**
**10th & Constitution, NW**
**Washington, DC 20530-0001**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
**Notice Purposes Only**

Is the claim subject to offset?

☑ No

☐ Yes

Total claim **$0.00**    Priority amount **$0.00**

**2.2**

Priority creditor's name and mailing address

**Internal Revenue Service**
**Centralized Insolvency Operations**
**POB 7346**
**Philadelphia, PA 19101-7346**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

Basis for the claim:
**Notice Purposes Only**

Is the claim subject to offset?

☑ No

☐ Yes

Total claim **$0.00**    Priority amount **$0.00**

Debtor  **JDi Data Corporation**
Name

Case number (*if known*)  **23-11322-SMG**

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.3** Priority creditor's name and mailing address

**Internal Revenue Service**
**Attn:Bankruptcy Unit**
**7850 SW 6th Crt.**
**MS 5780**
**Plantation, FL 33324**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**$0.00**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.4** Priority creditor's name and mailing address

**U.S. Attorney**
**Southern District of Florida**
**99 NE 4 St**
**Miami, FL 33132-2131**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**$0.00**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address

**Allen & Curry**
**1125 Seventeenth Street**
**Suite 1275**
**Denver, CO 80202**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**$9,040.47**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address

**American Express**
**POB 297879**
**Fort Lauderdale, FL 33329**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**$30,573.80**

**Date(s) debt was incurred** _

**Last 4 digits of account number  1002**

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address

**Barnwell Whaley Patterson**
**211 King Street**
**Suite 300**
**Charleston, SC 29401**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**$1,201.01**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **JDi Data Corporation** | Case number *(if known)* | **23-11322-SMG** |
|---|---|---|---|
| | Name | | |

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00**

**Blau Keane Law Group**
128 Center Street
El Segundo, CA 90245

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27,512.53**

**Borton Petrini LLP**
50600 California Avenue
Suite 700
Bakersfield, CA 93309

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Brea Antonio Stephenson**
3 Scott Street, Summerstrand
Port Elizabeth Eastern Cape 6001
South Africa

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **former employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,078.90**

**Chubb**
POB 382001
Pittsburgh, PA 15250-8001

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Workers' Comp Insurance**

Last 4 digits of account number  **9001**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$362.44**

**CIT**
POB 550599
Jacksonville, FL 32255-0599

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Canon Copier - serial #2HT01820 Uniflow - online**

Last 4 digits of account number  **4349**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,501.22**

**Clapp Moroney**
5860 Owens Drive
Suite 410
Pleasanton, CA 94588

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Clark Hill**
2600 Dallas Parkway
Suite 600
Frisco, TX 75034

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **JDi Data Corporation** | Case number (if known) | **23-11322-SMG** |
|---|---|---|---|
| | Name | | |

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $117,601.34 |

**Cokinos Young**
**Four Houston Center**
**1221 Lamar**
**16th Floor**
**Houston, TX 77010**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $232,607.04 |

**Collinsworth Specht Calkins Campiagnoli**
**9665 Chesapeake Drive**
**Suite 305**
**San Diego, CA 92123**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $17,385.83 |

**Cooksey Toolen Gage Duffy & Woog**
**535 Anton Blvd**
**10th Floor**
**Costa Mesa, CA 92626**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $39,753.70 |

**Craddock Davis Krause LLP**
**3100 Monticello Ave**
**Suite 550**
**Dallas, TX 75205**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**DEX Imaging**
**2500 N Andrews Ave**
**Pompano Beach, FL 33064**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Copier - 63 mos. lease; $322.00 p/mos.; agreement signed 5/29/19**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**G&I VII Trade Centre South LLC**
**c/o Registered Agent**
**1201 Hays Street**
**Tallahassee, FL 32301-2525**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Rent - term 78 mos.; contract signed 11/9/16**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $675.00 |

**Gaidai MMA Academy, Inc.**
**d/b/a SEO Jokers**
**2046 McKinley St., Bay 8**
**Hollywood, FL 33020**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **JDi Data Corporation**

Name

Case number (if known) **23-11322-SMG**

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Glassman Wyatt Tutle & Cox**
**26 N 2nd Street**
**Memphis, TN 38103**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$388,847.00** |
|---|---|---|---|

**Gordon & Rees**
**1111 Broadway**
**Suite 1700**
**Oakland, CA 94607**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,936.07** |
|---|---|---|---|

**HalCar Trade Centre LLC**
**POB 17356**
**Clearwater, FL 33762**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1052**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$220.80** |
|---|---|---|---|

**Henry Casonova**
**Salterain 1029**
**Apt 7**
**Uruguay**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **unpaid wages**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$31,959.04** |
|---|---|---|---|

**Howell Gibson & Hughes**
**POB 40**
**Beaufort, SC 29901**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$494,688.73** |
|---|---|---|---|

**Huguenin Kahn LLP**
**3001 Lava Ridge Court**
**Suite 300**
**Roseville, CA 95661**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$70,231.80** |
|---|---|---|---|

**Klinedist PC**
**501 W Broadway**
**Suite 600**
**San Diego, CA 92101**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **JDi Data Corporation**
_____   Case number *(if known)*   **23-11322-SMG**
Name

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,792.14 |
|---|---|---|---|

**Kramer Deboer & Keane LLP**
**74770 Highway 111**
**Suite 201**
**Indian Wells, CA 92210**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,817.10 |
|---|---|---|---|

**LaBarge Campbell & Lyon LLC**
**200 W Jackson Blvd**
**Suite 2050**
**Chicago, IL 60606**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,921.65 |
|---|---|---|---|

**Lincoln Gustafson & Cercos**
**550 West C Street**
**Suite 1400**
**San Diego, CA 92101**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $115,066.38 |
|---|---|---|---|

**Lorber Greenfield & Polito**
**12975 Brookprinter Place**
**Suite 200**
**Poway, CA 92064**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,194.07 |
|---|---|---|---|

**Marquis Aurbach Coffing P.C.**
**10001 Park Run Drive**
**Las Vegas, NV 89145**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37,122.13 |
|---|---|---|---|

**Martin Disiere Jefferson & Wisdon**
**808 Travis**
**Suite 1100**
**Houston, TX 77002**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $44,199.48 |
|---|---|---|---|

**Mayer LLP**
**750 N St. Paul Street**
**Suite 700**
**Dallas, TX 75201**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

| Debtor | **JDi Data Corporation** | | Case number (if known) | **23-11322-SMG** |
|---|---|---|---|---|

Name

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

**Noms Bake Shope**
**2410 W 14th St**
**Tempe, AZ 85281**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00**

**Paskert Divers Thompson**
**Jeffrey Paskert**
**100 North Tampa Street**
**Suite 3700**
**Tampa, FL 33602**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,640.72**

**Peckar & Abramson**
**3050 Post Oak Blvd**
**Suite 500**
**Tampa, FL 33602**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$90,544.56**

**Preg O'Donnell PLLC**
**901 5th Avenue**
**Suite 3400**
**Seattle, WA 98164**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,654,098.00**

**Pultegroup, Inc.**
**c/o registered agent**
**CSC-Lawyers Incorporating Service**
**2900 W Road, Suite 500**
**East Lansing, MI 48823**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Federal lawsuit 23-cv-60105; Pultegroup Inc. v. JDI Data Corporation et al

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$182.32**

**Quadient Finance**
**478 Wheelers Farms Road**
**Milford, CT 06461**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Postage meter - 36 mos lease; $27.44 p/mos; agreement date 12/8/2020

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **JDi Data Corporation**
_____
Name

Case number (if known) **23-11322-SMG**

| | |
|---|---|
| 3.38 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Ravi B. Ltd. d/b/a Hence Data Innovation**
**Manjeera Trinity Corporate**
**#12A02 A1, 13th  Floor**
**JNTU Rd, KPHB, Kutapally, Hyderabad**
**Telangana, India   50000-7200**

Date(s) debt was incurred _

Last 4 digits of account number  **8098**

As of the petition filing date, the claim is: Check all that apply.                $196,320.47

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.39  **Nonpriority creditor's name and mailing address**
**Righi Fitch Law Group**
**2999 N 44th Street**
**Suite 215**
**Phoenix, AZ 85018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                $82,692.60

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.40  **Nonpriority creditor's name and mailing address**
**Robert Giovinazzo**
**12 Bracken Roada**
**West Milford, NJ 07840**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                $111.30

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.41  **Nonpriority creditor's name and mailing address**
**Rodman & Associates**
**3562 Round Barn Circle**
**Suite 216**
**Santa Rosa, CA 95403**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                $191,032.28

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.42  **Nonpriority creditor's name and mailing address**
**Rogers Nemeth Germain**
**18201 Von Karman Ave**
**10th Floor**
**Suite 1000**
**Irvine, CA 92612**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                $4,660.30

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.43  **Nonpriority creditor's name and mailing address**
**Ryan Carvalho Retz**
**Rio Vista Plaza**
**8989 San Diego Drive**
**Suite 368**
**San Diego, CA 92108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                $2,218.15

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.44  **Nonpriority creditor's name and mailing address**
**Scheer Law Group PLLC**
**701 Pike Street**
**Suite 2200**
**Seattle, WA 98101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                $13,401.16

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **JDi Data Corporation** | | Case number (if known) | **23-11322-SMG** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,910.18 |
|---|---|---|---|

**Schutts & Bowen LLP**
**300 South Orange Avenue**
**Suite 1600**
**Orlando, FL 32801**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $119,570.11 |
|---|---|---|---|

**The Aguilera Law Group**
**Attn: Eric Aguilera, Ryan Kossler**
**23046 Avenida De La Carlota**
**Suite 300**
**Laguna Hills, CA 92653**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $40,598.01 |
|---|---|---|---|

**The Carlson law Firm**
**Robert Carlson**
**100 Biscayne Blvd**
**Suite 605**
**Miami, FL 33132**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,929.89 |
|---|---|---|---|

**Tyson Mendes LLP**
**5661 La Jolla Blvd.**
**La Jolla, CA 92037**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,062.70 |
|---|---|---|---|

**Wanger Jones Helsley PC**
**POB 28340**
**Fresno, CA 93729-8340**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $17.10 |
|---|---|---|---|

**WB Manson**
**59 Centre St**
**Brockton, MA 02301**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **coffee machine lease agreement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**Wolfenzon Rolle**
**4690 Executive Drive**
**Suite 125**
**San Diego, CA 92121**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor     **JDi Data Corporation**                                                      Case number (if known)    **23-11322-SMG**
           Name

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,649.34 |

**Womble Bond Dickinson**
**5 Exchange Street**
**Charleston, SC 29401**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $728,690.17 |

**Wood Smith Henning & Berman**
**2525 E Camelback Road**
**Suite 450**
**Phoenix, AZ 85016**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,028.79 |

**Wright Fulford Moorhead & Brown**
**505 Maitland Ave**
**Suite 100**
**Altamonte Springs, FL 32701**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,828.00 |

**ZenLeads Inc**
**d/b/a Apollo.io**
**599 2nd Street**
**San Francisco, CA 94107**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |

**Zurich Insurance Company**
**Headquarters**
**1299 Zurich Way**
**Schaumburg, IL 60196**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **c/o Frost, Brown & Todd LLC**
**HRB Louisville LLC v. Doster Construction**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **American Express**<br>PO Box 650448<br>Dallas, TX 75265-0448 | Line **3.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 **Bilzin Sumberg Baena Price & Axelrod**<br>Philip R. Stein, Esq.<br>1450 Brickell Ave., Suite 2300<br>Miami, FL 33131 | Line **3.36**<br><br>☐ Not listed. Explain ____ | _ |

---

| Debtor | **JDi Data Corporation** | Case number (*if known*) | **23-11322-SMG** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **CIT**<br>**21146 Network Place**<br>**Chicago, IL 60673-1211** | Line **3.8**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **POB 17299**<br>**Clearwater, FL 33762** | Line **3.15**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Quadient Finance USA, Inc**<br>**POB 6813**<br>**Carol Stream, IL 60197-6813** | Line **3.37**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Zurich North America**<br>**POB 66965**<br>**Chicago, IL 60666-0965** | Line **3.56**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Zurich S Corporation**<br>**POB 1749**<br>**Brea, CA 92822** | Line **3.56**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 5,903,575.82 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 5,903,575.82 |

**Fill in this information to identify the case:**

Debtor name       **JDi Data Corporation**

United States Bankruptcy Court for the:       SOUTHERN DISTRICT OF FLORIDA

Case number (if known)       **23-11322-SMG**

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest<br><br>        State the term remaining<br><br>List the contract number of any government contract | **Canon Copier - serial #2HT01820 Motion to Reject Lease/Contract Filed.**<br>**Uniflow - online**<br><br><br>**CIT**<br>**POB 550599**<br>**Jacksonville, FL 32255-0599** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest<br><br>        State the term remaining<br><br>List the contract number of any government contract | **Copier - 63 mos. lease; $322.00 p/mos.; agreement signed 5/29/19 Motion to Reject Lease/Contract Filed.**<br><br>**DEX Imaging**<br>**c/o Corporation Service Company as Registered Agent**<br>**1201 Hays Street**<br>**Tallahassee, FL 32301** |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest<br><br>        State the term remaining<br><br>List the contract number of any government contract | **Rent - term 78 mos.; contract signed 11/9/16 Motion to Reject Lease/Contract Filed.**<br><br>**G&I VII Trade Centre South LLC**<br>**c/o Registered Agent**<br>**1201 Hays Street**<br>**Tallahassee, FL 32301-2525** |

| Debtor 1 | **JDi Data Corporation** | | Case number (*if known*) | **23-11322-SMG** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Postage meter - 36 mos lease; $27.44 p/mos; agreement date 12/8/2020. Motion to Reject Lease/Contract Filed.** | |
|---|---|---|---|
| | State the term remaining | | **Quadient c/o Registered Agent Corporation Service Company 1201 Hays Street Tallahassee, FL 32301-2525** |
| | List the contract number of any government contract | | |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Coffee machine lease agreement** | |
|---|---|---|---|
| | State the term remaining | | **WB Manson 59 Centre St Brockton, MA 02301** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name __JDi Data Corporation__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF FLORIDA__

Case number (if known) __23-11322-SMG__

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | | | Name | *Check all schedules that apply:* |
|---|------|-----------------|---|---|------|------------|
| 2.1 | | | | | | ☐ D<br>☐ E/F<br>☐ G |
| | | Street | | | | |
| | | City          State          Zip Code | | | | |
| 2.2 | | | | | | ☐ D<br>☐ E/F<br>☐ G |
| | | Street | | | | |
| | | City          State          Zip Code | | | | |
| 2.3 | | | | | | ☐ D<br>☐ E/F<br>☐ G |
| | | Street | | | | |
| | | City          State          Zip Code | | | | |
| 2.4 | | | | | | ☐ D<br>☐ E/F<br>☐ G |
| | | Street | | | | |
| | | City          State          Zip Code | | | | |

**Fill in this information to identify the case:**

Debtor name  **JDi Data Corporation**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  **23-11322-SMG**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
**04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$259,779.00** |
   | **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$3,328,003.00** |
   | **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$2,700,079.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

Debtor   **JDi Data Corporation**                                      Case number *(if known)*   **23-11322-SMG**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Moffa & Bierman**<br>**2929 E Commercial Blvd**<br>**Suite 205**<br>**Fort Lauderdale, FL 33308** | **1/30/23**<br>**$4,240.00**<br>**Balance due**<br>**and paid**<br>**after**<br>**appliation of**<br>**prior retainer**<br>**($5,000)**<br>**received on**<br>**April 22,**<br>**2022 and**<br>**applied on**<br>**4/22/22** | **$4,240.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.2. | **see attached form** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **see attached form** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Debtor    **JDi Data Corporation**                                              Case number *(if known)*  **23-11322-SMG**

☐ None.

|  | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **PulteGroup, Inc. v. JDi Data Corporation**<br>**23-cv-60105** | **Action to recover damaages resulting from the Ponzi scheme perpetrated by the Defendants against Pulte** | **United States of America US Federal Building & Courthouse**<br>**299 E Broward Blvd #108**<br>**Fort Lauderdale, FL 33301** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

Debtor  **JDi Data Corporation**                                   Case number *(if known)* **23-11322-SMG**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | 2/17/23 - Pre-petition fees totaled $18,516.00; expenses totaled $2,158.00; balance on hand is $4,326.00 | |
| | **Moffa & Bierman 2929 E Commercial Blvd Suite 205 Fort Lauderdale, FL 33308** | | | **$20,674.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | | | 2/17/23 Pre-petition fees totaled $7,985; expenses totaled $0; balance on hand is $12,015. | |
| | **Marcum LLP 201 E Las Olas Blvd 21st Floor Fort Lauderdale, FL 33301** | | | **$7,985.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

Debtor    **JDi Data Corporation**                                          Case number *(if known)*  **23-11322-SMG**

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

☑ No Go to Part 10.
☐ Yes. Fill in below:

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    **JDi Data Corporation**                                    Case number *(if known)*  **23-11322-SMG**

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

| Part 11: | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

| Part 12: | **Details About Environment Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

| Part 13: | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

Debtor   **JDi Data Corporation**                                        Case number *(if known)*  **23-11322-SMG**

---

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Manuel Gamarra**<br>**Superstein PA**<br>**3830 Hollywood Blvd**<br>**Hollywood, FL 33021** | **Debtor's internal bookkeeper** |
| 26a.2. **Drew  Superstein**<br>**Superstein, PA**<br>**3830 Hollywood Blvd**<br>**Hollywood, FL 33021** | **Debtor's income tax preparer for 2021** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Marcum LLP**<br>**201 E Las Olas Blvd**<br>**21st Floor**<br>**Fort Lauderdale, FL 33301** | **Pre-petition Marcum recovered 27 boxes of the Debtor's hardcopy historical files consisting mostly of 2002 through 2018 recordsfrom the Debtor's premises** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **US Small Business Admin.(Probably)**<br>**c/o Wilfredo A. Ferrer, U.S. Attorney**<br>**99 NE 4th Street**<br>**Miami, FL 33132** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

---

Debtor    **JDi Data Corporation**                                    Case number *(if known)*  **23-11322-SMG**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Eric Messer | 100 W Cypress Creek Rd Suite 1052 Fort Lauderdale, FL 33309 | Director, CSO (Chief Sales Officer) co-CEO w/veto power if split vote | 100 (as Trustee) Eric Messer, as Trustee of the JDI Data Trust, dated February 6, 2023, is the sole shareholder in his capacity as Trustee. |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Matthew Frances | 100 W Cypress Creek Rd Suite 1052 Fort Lauderdale, FL 33309 | Director and Co-CEO (Internal Operations) | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Robert Giovinazzo | 100 W Cypress Creek Rd Suite 1052 Fort Lauderdale, FL 33309 | Director, CIO (Chief Information Officer - IT) | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| James DeRosa | 4280 Galt Ocean Dr #24C Fort Lauderdale, FL 33308 | Chairman and Founder of JDi Data Corporation | until 2/23 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Joseph Wolczanski | 4952 NW 120th Ave Coral Springs, FL 33076 | Chief Executive Officer | until approximately 12/22 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

Debtor   **JDi Data Corporation**                                  Case number *(if known)*  **23-11322-SMG**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Jim DeRosa**<br>**4280 Galt Ocean Drive**<br>**#24 C**<br>**Fort Lauderdale, FL 33308** | **2022 $93,363.40**<br>**2023 $14,317.05** | **2022 W2 gross income 1/6/23, 1/20/23, 2/3/23** | |
| | Relationship to debtor<br>**Former Chairman and Founder of JDi Data Corporation** | | | |
| 30.2. | **Joseph Wolczanski**<br>**4952 NW 120th Ave**<br>**Coral Springs, FL 33076** | **2022 $108,118.76** | **W-2 Gross income** | |
| | Relationship to debtor<br>**Former Chief Executive Officer** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **March  3, 2023**

**/s/ John Heller**                                           **John Heller**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor     **CRO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

**SOFA #3 Attachment**

**JDi Data Corporation**
**SOFA, Part 2: #3**
**90 Day Creditor Payments**

| Date | Transaction type | Name | Memo | Account | Split account | Amount |
|------|------------------|------|------|---------|---------------|--------|
| 12/12/2022 | Credit Card Payment | AMEX | AMEX Dec 2022 | City National Bank1204540647 | AMEX | ($19,252.23) |
| 01/12/2023 | Credit Card Payment | AMEX | Amex Jan-2023 | City National Bank1204540647 | AMEX | ($22,717.64) |
| 02/07/2023 | Credit Card Payment | AMEX | Amex Feb 2023 | City National Bank1204540647 | AMEX | ($32,593.26) |
| | | **AMEX Total** | | | | **($74,563.13)** |
| 11/22/2022 | Bill Payment (Check) | AutoBB&T | -- | City National Bank1204540647 | Accounts Payable | ($911.86) |
| 12/22/2022 | Bill Payment (Check) | AutoBB&T | -- | City National Bank1204540647 | Accounts Payable | ($911.86) |
| 01/20/2023 | Bill Payment (Check) | AutoBB&T | -- | City National Bank1204540647 | Accounts Payable | ($911.86) |
| | | **AutoBB&T Total** | | | | **($2,735.58)** |
| 11/18/2022 | Bill Payment (Check) | Brea Antonio Stephenson | | City National Bank1204540647 | Accounts Payable | ($1,800.00) |
| | | **Brea Antonio Stephenson Total** | | | | **($1,800.00)** |
| 11/22/2022 | Bill Payment (Check) | CIGNA Healthcare | 00616376 | City National Bank1204540647 | Accounts Payable | ($16,600.17) |
| 12/20/2022 | Bill Payment (Check) | CIGNA Healthcare | 00616376 | City National Bank1204540647 | Accounts Payable | ($4,184.97) |
| 01/20/2023 | Bill Payment (Check) | CIGNA Healthcare | 00616376 | City National Bank1204540647 | Accounts Payable | ($14,078.86) |
| | | **CIGNA Healthcare Total** | | | | **($34,864.00)** |
| 12/14/2022 | Bill Payment (Check) | CIT | 2000374349 | City National Bank1204540647 | Accounts Payable | ($362.44) |
| 01/10/2023 | Bill Payment (Check) | CIT | 2000374349 | City National Bank1204540647 | Accounts Payable | ($522.20) |
| | | **CIT Total** | | | | **($884.64)** |
| 12/02/2022 | Bill Payment (Check) | Dex Imaging | -- | City National Bank1204540647 | Accounts Payable | ($75.30) |
| | | **Dex Imaging Total** | | | | **($75.30)** |
| 12/06/2022 | Check | Gilbert Insurance Group (Vendor) | -- | City National Bank1204540647 | CTrax Payable - GIG | ($50.00) |
| | | **Gilbert Insurance Group (Vendor) Total** | | | | **($50.00)** |
| 11/29/2022 | Bill Payment (Check) | HalCar Trade Centre LLC | Unit 1052 | City National Bank1204540647 | Accounts Payable | ($9,774.48) |
| 01/05/2023 | Bill Payment (Check) | HalCar Trade Centre LLC | Unit 1052 | City National Bank1204540647 | Accounts Payable | ($9,936.07) |
| | | **HalCar Trade Centre LLC Total** | | | | **($19,710.55)** |
| 12/12/2022 | Bill Payment (Check) | Henry Casanova | -- | City National Bank1204540647 | Accounts Payable | ($89.60) |
| | | **Henry Casanova Total** | | | | **($89.60)** |
| 01/23/2023 | Check | ILLINOIS DEPARTMENT OF REVENUE | -- | City National Bank1204540647 | Other Taxes | ($32.24) |
| | | **ILLINOIS DEPARTMENT OF REVENUE Total** | | | | **($32.24)** |
| 11/30/2022 | Bill Payment (Check) | Iron Mountain | F3989 | City National Bank1204540647 | Accounts Payable | ($131.08) |
| 01/10/2023 | Bill Payment (Check) | Iron Mountain | F3989 | City National Bank1204540647 | Accounts Payable | ($250.99) |
| 02/02/2023 | Bill Payment (Check) | Iron Mountain | F3989 | City National Bank1204540647 | Accounts Payable | ($132.30) |
| | | **Iron Mountain Total** | | | | **($514.37)** |
| 12/20/2022 | Check | Joe Collins | -- | City National Bank1204540647 | Other ExpenseBusDevelopment | ($1,244.02) |
| | | **Joe Collins Total** | | | | **($1,244.02)** |
| 01/30/2023 | Bill Payment (Check) | John A Moffa | -- | City National Bank1204540647 | Accounts Payable | ($4,240.00) |
| | | **John A Moffa Total** | | | | **($4,240.00)** |
| 01/20/2023 | Check | Josh Baylees | -- | City National Bank1204540647 | Commissions and Fees ExpCtrax | ($1,300.00) |
| | | **Josh Baylees Total** | | | | **($1,300.00)** |
| 12/05/2022 | Bill Payment (Check) | Medcom Benefit Solutions | -- | City National Bank1204540647 | Accounts Payable | ($50.00) |
| 01/19/2023 | Bill Payment (Check) | Medcom Benefit Solutions | -- | City National Bank1204540647 | Accounts Payable | ($50.00) |
| 02/02/2023 | Bill Payment (Check) | Medcom Benefit Solutions | -- | City National Bank1204540647 | Accounts Payable | ($50.00) |
| | | **Medcom Benefit Solutions Total** | | | | **($150.00)** |
| 11/29/2022 | Bill Payment (Check) | Nathan Hall | -- | City National Bank1204540647 | Accounts Payable | ($1,545.00) |
| 12/07/2022 | Bill Payment (Check) | Nathan Hall | -- | City National Bank1204540647 | Accounts Payable | ($1,365.00) |
| 12/21/2022 | Bill Payment (Check) | Nathan Hall | -- | City National Bank1204540647 | Accounts Payable | ($2,465.00) |
| 01/19/2023 | Bill Payment (Check) | Nathan Hall | -- | City National Bank1204540647 | Accounts Payable | ($3,300.00) |

**JDi Data Corporation**
**SOFA, Part 2: #3**
**90 Day Creditor Payments**

| Date | Transaction type | Name | Memo | Account | Split account | Amount |
|------|-----------------|------|------|---------|---------------|--------|
| 02/03/2023 | Bill Payment (Check) | Nathan Hall | -- | City National Bank1204540647 | Accounts Payable | ($2,340.00) |
| | | **Nathan Hall Total** | | | | **($11,015.00)** |
| 01/24/2023 | Bill Payment (Check) | Park Row Printing | -- | City National Bank1204540647 | Accounts Payable | ($164.89) |
| | | **Park Row Printing Total** | | | | **($164.89)** |
| 01/03/2023 | Bill Payment (Check) | PLAZA SOUTH ASSOCIATION | 24C-122306 | City National Bank1204540647 | Accounts Payable | ($4,292.16) |
| | | **PLAZA SOUTH ASSOCIATION Total** | | | | **($4,292.16)** |
| 12/02/2022 | Bill Payment (Check) | Quadient Finance USA, Inc | -- | City National Bank1204540647 | Accounts Payable | ($100.00) |
| 01/04/2023 | Bill Payment (Check) | Quadient Finance USA, Inc | -- | City National Bank1204540647 | Accounts Payable | ($188.08) |
| | | **Quadient Finance USA, Inc Total** | | | | **($288.08)** |
| 12/01/2022 | Expense | QuickBooks Payments | System-recorded fee for QuickBooks Payments. Fee-na | City National Bank1204540647 | QuickBooks Payments Fees | ($50.84) |
| 12/05/2022 | Expense | QuickBooks Payments | System-recorded fee for QuickBooks Payments. Fee-na | City National Bank1204540647 | QuickBooks Payments Fees | ($1.17) |
| 12/06/2022 | Expense | QuickBooks Payments | System-recorded fee for QuickBooks Payments. Fee-na | City National Bank1204540647 | QuickBooks Payments Fees | ($1.27) |
| 12/09/2022 | Expense | QuickBooks Payments | System-recorded fee for QuickBooks Payments. Fee-na | City National Bank1204540647 | QuickBooks Payments Fees | ($46.76) |
| 12/12/2022 | Expense | QuickBooks Payments | System-recorded fee for QuickBooks Payments. Fee-na | City National Bank1204540647 | QuickBooks Payments Fees | ($2.34) |
| 12/14/2022 | Expense | QuickBooks Payments | System-recorded fee for QuickBooks Payments. Fee-na | City National Bank1204540647 | QuickBooks Payments Fees | ($1.17) |
| 12/19/2022 | Expense | QuickBooks Payments | System-recorded fee for QuickBooks Payments. Fee-na | City National Bank1204540647 | QuickBooks Payments Fees | ($1.17) |
| 01/01/2023 | Expense | QuickBooks Payments | System-recorded fee for QuickBooks Payments. Fee-na | City National Bank1204540647 | QuickBooks Payments Fees | ($50.84) |
| 01/05/2023 | Expense | QuickBooks Payments | System-recorded fee for QuickBooks Payments. Fee-na | City National Bank1204540647 | QuickBooks Payments Fees | ($1.17) |
| 01/09/2023 | Expense | QuickBooks Payments | System-recorded fee for QuickBooks Payments. Fee-na | City National Bank1204540647 | QuickBooks Payments Fees | ($1.17) |
| 01/10/2023 | Expense | QuickBooks Payments | System-recorded fee for QuickBooks Payments. Fee-na | City National Bank1204540647 | QuickBooks Payments Fees | ($1.17) |
| 01/27/2023 | Expense | QuickBooks Payments | System-recorded fee for QuickBooks Payments. Fee-na | City National Bank1204540647 | QuickBooks Payments Fees | ($290.25) |
| 02/03/2023 | Expense | QuickBooks Payments | System-recorded fee for QuickBooks Payments. Fee-na | City National Bank1204540647 | QuickBooks Payments Fees | ($1.17) |
| 02/09/2023 | Expense | QuickBooks Payments | System-recorded fee for QuickBooks Payments. Fee-na | City National Bank1204540647 | QuickBooks Payments Fees | ($1.17) |
| 02/10/2023 | Expense | QuickBooks Payments | System-recorded fee for QuickBooks Payments. Fee-na | City National Bank1204540647 | QuickBooks Payments Fees | ($0.59) |
| | | **QuickBooks Payments Total** | | | | **($452.25)** |
| 12/21/2022 | Bill Payment (Check) | Ravi B. Ltd | 50200009948098 | City National Bank1204540647 | Accounts Payable | ($20,000.00) |
| 01/25/2023 | Bill Payment (Check) | Ravi B. Ltd | 50200009948098 | City National Bank1204540647 | Accounts Payable | ($20,000.00) |
| | | **Ravi B. Ltd Total** | | | | **($40,000.00)** |
| 12/05/2022 | Bill Payment (Check) | Reliance Standard Life Insurance Co | -- | City National Bank1204540647 | Accounts Payable | ($505.92) |
| 02/06/2023 | Bill Payment (Check) | Reliance Standard Life Insurance Co | -- | City National Bank1204540647 | Accounts Payable | ($560.32) |
| 02/06/2023 | Bill Payment (Check) | Reliance Standard Life Insurance Co | -- | City National Bank1204540647 | Accounts Payable | ($560.32) |
| | | **Reliance Standard Life Insurance Co Total** | | | | **($1,626.56)** |
| 12/22/2022 | Bill Payment (Check) | Secureframe, Inc. | -- | City National Bank1204540647 | Accounts Payable | ($3,000.00) |
| | | **Secureframe, Inc. Total** | | | | **($3,000.00)** |
| 11/29/2022 | Bill Payment (Check) | TESLA - WELLS FARGO | -- | City National Bank1204540647 | Accounts Payable | ($1,315.90) |
| 12/29/2022 | Bill Payment (Check) | TESLA - WELLS FARGO | -- | City National Bank1204540647 | Accounts Payable | ($1,315.90) |
| 01/30/2023 | Bill Payment (Check) | TESLA - WELLS FARGO | -- | City National Bank1204540647 | Accounts Payable | ($1,315.90) |
| | | **TESLA - WELLS FARGO Total** | | | | **($3,947.70)** |
| 12/05/2022 | Bill Payment (Check) | The Guardian Life Insurance Company of | -- | City National Bank1204540647 | Accounts Payable | ($962.02) |
| 01/10/2023 | Bill Payment (Check) | The Guardian Life Insurance Company of | -- | City National Bank1204540647 | Accounts Payable | ($832.35) |
| 02/02/2023 | Bill Payment (Check) | The Guardian Life Insurance Company of | -- | City National Bank1204540647 | Accounts Payable | ($832.35) |
| | | **The Guardian Life Insurance Company of Total** | | | | **($2,626.72)** |
| 12/06/2022 | Check | The Starr Group | -- | City National Bank1204540647 | CTrax Payable - Starr | ($325.00) |
| | | **The Starr Group Total** | | | | **($325.00)** |
| 11/18/2022 | Check | Wells Fargo Bank | 0290203504 | City National Bank1204540647 | Loans to Shareholders | ($769.93) |
| 12/18/2022 | Check | Wells Fargo Bank | 0290203504 | City National Bank1204540647 | Loans to Shareholders | ($769.93) |

**JDi Data Corporation**
**SOFA, Part 2: #3**
**90 Day Creditor Payments**

| Date | Transaction type | Name | Memo | Account | Split account | Amount |
|---|---|---|---|---|---|---|
| 01/18/2023 | Check | Wells Fargo Bank | 0290203504 | City National Bank1204540647 | Loans to Shareholders | ($769.93) |
| | | **Wells Fargo Bank Total** | | | | **($2,309.79)** |
| | | **Grand Total** | | | | **($212,301.58)** |

**SOFA #4 aTTACHMENT**

JDi Data Corporation
Part 2: #4
1 Year non-W-2 Payments to or for the Benefit of James Derosa*

| Date | Transaction type | Name | Memo | Account | Split account | Amount |
|------|------------------|------|------|---------|---------------|--------|
| 04/08/2022 | Credit Card Payment | AMEX | Amex April 2022 | City National Bank1204540647 | AMEX | ($43,524.56) * |
| 10/11/2022 | Credit Card Payment | AMEX | October AMEX | City National Bank1204540647 | AMEX | ($36,396.41) * |
| 02/07/2023 | Credit Card Payment | AMEX | Amex Feb 2023 | City National Bank1204540647 | AMEX | ($32,593.26) * |
| 05/11/2022 | Credit Card Payment | AMEX | AMEX May | City National Bank1204540647 | AMEX | ($28,757.37) * |
| 03/15/2022 | Credit Card Payment | AMEX | AMEX  March-2022 | City National Bank1204540647 | AMEX | ($28,657.52) * |
| 09/12/2022 | Credit Card Payment | AMEX | AMEX Sept-2022 | City National Bank1204540647 | AMEX | ($26,753.14) * |
| 07/12/2022 | Credit Card Payment | AMEX | AMEX July - 2022 | City National Bank1204540647 | AMEX | ($25,467.30) * |
| 11/12/2022 | Credit Card Payment | AMEX | AMEX  Nov-2022 | City National Bank1204540647 | AMEX | ($24,513.80) * |
| 06/10/2022 | Credit Card Payment | AMEX | AMEX June 2022 | City National Bank1204540647 | AMEX | ($24,183.21) * |
| 01/12/2023 | Credit Card Payment | AMEX | Amex Jan-2023 | City National Bank1204540647 | AMEX | ($22,717.64) * |
| 10/24/2022 | Check | James DeRosa (1) | -- | City National Bank1204540647 | Loans to Shareholders | ($7,500.00) |
| 02/28/2022 | Bill Payment (Check) | TESLA - WELLS FARGO | -- | City National Bank1204540647 | Accounts Payable | ($1,315.90) |
| 03/29/2022 | Bill Payment (Check) | TESLA - WELLS FARGO | -- | City National Bank1204540647 | Accounts Payable | ($1,315.90) |
| 04/29/2022 | Bill Payment (Check) | TESLA - WELLS FARGO | -- | City National Bank1204540647 | Accounts Payable | ($1,315.90) |
| 05/31/2022 | Bill Payment (Check) | TESLA - WELLS FARGO | -- | City National Bank1204540647 | Accounts Payable | ($1,315.90) |
| 06/30/2022 | Bill Payment (Check) | TESLA - WELLS FARGO | -- | City National Bank1204540647 | Accounts Payable | ($1,315.90) |
| 07/28/2022 | Bill Payment (Check) | TESLA - WELLS FARGO | -- | City National Bank1204540647 | Accounts Payable | ($1,315.90) |
| 08/29/2022 | Bill Payment (Check) | TESLA - WELLS FARGO | -- | City National Bank1204540647 | Accounts Payable | ($1,315.90) |
| 09/29/2022 | Bill Payment (Check) | TESLA - WELLS FARGO | -- | City National Bank1204540647 | Accounts Payable | ($1,315.90) |
| 10/31/2022 | Bill Payment (Check) | TESLA - WELLS FARGO | -- | City National Bank1204540647 | Accounts Payable | ($1,315.90) |
| 11/29/2022 | Bill Payment (Check) | TESLA - WELLS FARGO | -- | City National Bank1204540647 | Accounts Payable | ($1,315.90) |
| 12/29/2022 | Bill Payment (Check) | TESLA - WELLS FARGO | -- | City National Bank1204540647 | Accounts Payable | ($1,315.90) |
| 01/30/2023 | Bill Payment (Check) | TESLA - WELLS FARGO | -- | City National Bank1204540647 | Accounts Payable | ($1,315.90) |
| 02/23/2022 | Bill Payment (Check) | AutoBB&T | -- | City National Bank1204540647 | Accounts Payable | ($911.86) |
| 03/22/2022 | Bill Payment (Check) | AutoBB&T | -- | City National Bank1204540647 | Accounts Payable | ($911.86) |
| 04/20/2022 | Bill Payment (Check) | AutoBB&T | -- | City National Bank1204540647 | Accounts Payable | ($911.86) |
| 05/20/2022 | Bill Payment (Check) | AutoBB&T | -- | City National Bank1204540647 | Accounts Payable | ($911.86) |
| 06/22/2022 | Bill Payment (Check) | AutoBB&T | -- | City National Bank1204540647 | Accounts Payable | ($911.86) |
| 07/21/2022 | Bill Payment (Check) | AutoBB&T | -- | City National Bank1204540647 | Accounts Payable | ($911.86) |
| 08/22/2022 | Bill Payment (Check) | AutoBB&T | -- | City National Bank1204540647 | Accounts Payable | ($911.86) |
| 09/20/2022 | Bill Payment (Check) | AutoBB&T | -- | City National Bank1204540647 | Accounts Payable | ($911.86) |
| 10/20/2022 | Bill Payment (Check) | AutoBB&T | -- | City National Bank1204540647 | Accounts Payable | ($911.86) |
| 11/22/2022 | Bill Payment (Check) | AutoBB&T | -- | City National Bank1204540647 | Accounts Payable | ($911.86) |
| 12/22/2022 | Bill Payment (Check) | AutoBB&T | -- | City National Bank1204540647 | Accounts Payable | ($911.86) |
| 01/20/2023 | Bill Payment (Check) | AutoBB&T | -- | City National Bank1204540647 | Accounts Payable | ($911.86) |
| 03/16/2022 | Check | Wells Fargo Bank | 0290203504 | City National Bank1204540647 | Loans to Shareholders | ($769.93) |
| 04/18/2022 | Check | Wells Fargo Bank | 0290203504 | City National Bank1204540647 | Loans to Shareholders | ($769.93) |
| 05/17/2022 | Check | Wells Fargo Bank | 0290203504 | City National Bank1204540647 | Loans to Shareholders | ($769.93) |
| 06/16/2022 | Check | Wells Fargo Bank | 0290203504 | City National Bank1204540647 | Loans to Shareholders | ($769.93) |
| 07/18/2022 | Check | Wells Fargo Bank | 0290203504 | City National Bank1204540647 | Loans to Shareholders | ($769.93) |
| 08/18/2022 | Check | Wells Fargo Bank | 0290203504 | City National Bank1204540647 | Loans to Shareholders | ($769.93) |
| 09/18/2022 | Check | Wells Fargo Bank | 0290203504 | City National Bank1204540647 | Loans to Shareholders | ($769.93) |
| 10/18/2022 | Check | Wells Fargo Bank | 0290203504 | City National Bank1204540647 | Loans to Shareholders | ($769.93) |
| 11/18/2022 | Check | Wells Fargo Bank | 0290203504 | City National Bank1204540647 | Loans to Shareholders | ($769.93) |
| 12/18/2022 | Check | Wells Fargo Bank | 0290203504 | City National Bank1204540647 | Loans to Shareholders | ($769.93) |
| 01/18/2023 | Check | Wells Fargo Bank | 0290203504 | City National Bank1204540647 | Loans to Shareholders | ($769.93) |

($336,266.56)

* The AMEX Statements indicate that many underlying charges were personal and for the benefit of James DeRosa