United States Bankruptcy Court
Southern District of Florida

In re:                                                                                                          Case No. 23-11322-SMG
JDi Data Corporation                                                                                   Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 113C-0                       User: admin                                                    Page 1 of 2
Date Rcvd: Apr 11, 2023              Form ID: pdf004                                           Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol     Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| intp | + | Jake M Greenberg, 1450 Brickell Avenue, Suite 2300, Miami, FL 33131-3456 |
| cr | + | PulteGroup, Inc., c/o Bilzin Sumberg, 1450 Brickell Avenue, 23rd Floor, ATTN: Jeffrey I. Snyder, Esq., Miami, FL 33131-3456 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2023                              Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2023 at the address(es) listed below:**

**Name**                                     **Email Address**
David A Ray, Esq.
    on behalf of Defendant James DeRosa dray@draypa.com  draycmecf@gmail.com;simone.draypa@gmail.com

John A. Moffa, Esq.
    on behalf of Plaintiff JDi Data Corporation john@moffa.law
    atty_ellison@trustesolutions.com,allusers@moffa.law,ecf@moffa.law,johnm@ecf.courtdrive.com

Justin M Luna
    on behalf of Creditor Meritage Homes of California  Inc. jluna@lathamluna.com,
    bknotice1@lathamluna.com;lvanderweide@lathamluna.com

Martin P Ochs
    on behalf of U.S. Trustee Office of the US Trustee martin.p.ochs@usdoj.gov

Nicole Grimal Helmstetter
    on behalf of Defendant Joseph Wolczanski nicole.helmstetter@bipc.com
    elizabeth.garciga@bipc.com;tabitha.pellegrene@bipc.com;kimberly.ecker@bipc.com;eservice@bipc.com

District/off: 113C-0         User: admin                                Page 2 of 2
Date Rcvd: Apr 11, 2023      Form ID: pdf004                            Total Noticed: 2

Nicole Grimal Helmstetter
    on behalf of Interested Party Joseph Wolczanski nicole.helmstetter@bipc.com
    elizabeth.garciga@bipc.com;tabitha.pellegrene@bipc.com;kimberly.ecker@bipc.com;eservice@bipc.com

Office of the US Trustee
    USTPRegion21.MM.ECF@usdoj.gov

Scott Andron
    on behalf of Creditor Broward County sandron@broward.org  swulfekuhle@broward.org

Steven J. Solomon, Esq.
    on behalf of Creditor Colony Specialty Insurance Company steven.solomon@gray-robinson.com
    Ana.Marmanillo@gray-robinson.com;Amador.Ruiz-Baliu@gray-robinson.com

TOTAL: 9



**ORDERED in the Southern District of Florida on April 11, 2023.**

*/s/ Scott M. Grossman*
_____
**Scott M. Grossman, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

In re:

JDI DATA CORPORATION,

       Debtor.

_____/

Chapter 11

Case No.: 23-11322-SMG

### ORDER DIRECTING APPOINTMENT OF CHAPTER 11 TRUSTEE

THIS CAUSE came before the Court for hearing on April 5, 2023 at 1:30 p.m. *sua sponte*. The Court, having considered the record in this case and the presentations of counsel, finds that the appointment of a chapter 11 trustee is in the best interests of creditors and therefore, for the reasons stated upon the record in open court, ORDERS the United States Trustee to appoint a chapter 11 trustee forthwith.

###

**Submitted by:**
Jeffrey I. Snyder, Esq
Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, 23rd Floor
Miami, Florida  33131
Tel.  (305) 374-7580

1

Fax.  (305) 374-7593
jsnyder@bilzin.com

**Copies furnished to**:
Jeffrey I. Snyder, Esq.
*[Attorney Snyder is directed to serve this order upon any non-registered users or registered users that have yet to appear electronically in this case and file a conforming certificate of service].*